# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

FREDERICK RAY NASH, JR.,

    Petitioner,

v.                                 CASE NO. 5:08cv39-RH/AK

S.A. MIDDLEBROOKS,

    Respondent.

_____/

## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 20). No objections have been filed.

The report and recommendation relies in part on *Ables v. Eichenlaub*, 2009 WL 722287 (N.D. Fla.) (magistrate judge's report and recommendation), *adopted as court's opinion*, 2009 WL 1080434 (N.D. Fla. 2009).

Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is DENIED with prejudice." The clerk must close the file.

SO ORDERED on July 24, 2009.

s/Robert L. Hinkle  
United States District Judge